COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| GARY ZUNIGA, JR., | | No. 08-16-00333-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 207th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Hays County, Texas |
| | § | |
| Appellee. | | (TC # CR-13-0328) |
| | § | |

## **O R D E R**

The Court, on its own motion, finds it necessary to supplement the record. It is therefore ORDERED that the District Clerk of Hays County, Texas prepare a supplemental clerk's record to include the following: a copy of any order assessing attorney's fees against Appellant as costs and forward same to this Court on or before December 1, 2017.

IT IS SO ORDERED THIS 16TH DAY OF NOVEMBER, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.